IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SERGEY V. ANDREYEV,

          Plaintiff,

  v.

JOHN DOE, Warden of Columbia County Jail;
JAMES DOE, 2nd Shift Sergeant;
JACK DOE, 2nd Shift Sergeant;
JANE DOE, 2nd Shift Sergeant;
JEREMIAH DOE, 2nd Shift Jailer;
JILL DOE, 2nd Shift Jailer;
JOCK DOE, 2nd Shift Jailer;
JASPER DOE, 3rd Shift Sergeant;
JARED DOE, 3rd Shift Sergeant;
JUSTIN DOE, 3rd Shift Sergeant;
JOSEPH DOE, 3rd Shift Jailer;
JUDY DOE, 3rd Shift Jailer and
JACOB DOE, 3rd Shift Jailer;

          Defendants.

ORDER

09-cv-651-slc

---

Plaintiff Sergey Andreyev, a prisoner at the Oshkosh Correctional Institution in Oshkosh, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was submitted on October 21, 2009. His trust fund account statement should cover the six-month period beginning approximately April 20, 2009 and ending approximately October 19, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff

should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until November 27, 2009, in which to submit a trust fund account statement for the period beginning approximately April 20, 2009 and ending approximately October 19, 2009. If, by November 27, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 5th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge