IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SERGEY V. ANDREYEV,

          Plaintiff,

v.

DENNIS E. RICHARDS, *et al.*,

          Defendants.

ORDER

09-cv-651-slc

Plaintiff is proceeding on his claim that defendants were deliberately indifferent to his serious dental needs. Now plaintiff has filed a document in which he provides the names for 17 Doe defendants and asks the court to add these defendants to the caption of the case. Plaintiff also seeks an extension of time for him to identify the remainder of the Doe defendants as well as an extension of time for defendants to respond.

It appears that plaintiff is confused about the process the court has laid out for identifying the Doe defendants. In the March 24, 2010 preliminary pretrial conference order, I explained that this would be a three-part process: (1) plaintiff had until April 16, 2010 to complete service of his discovery requests aimed at identifying the Doe defendants; (2) plaintiff would then submit an amended complaint by June 1, 2010, replacing all references to Doe defendants with the names provided to him by the state; and (3) defendants would have until June 21, 2010 to answer the amended complaint. Under this process, it is not enough for plaintiff to list the identified Doe defendants; he must insert their names into an amended complaint in place of the references to the Does. Accordingly, I will deny his motion to have the court add these defendants to the caption of this case.

As for his motion for an extension of time, I will grant it to the extent plaintiff seeks an extension of the time to complete service of his discovery requests aimed at identifying the Doe

defendants; he will have until May 7, 2010 to accomplish this. I will deny his request to extend defendants' time to respond, because they will be responding to plaintiff's amended complaint, which is due June 1, 2010. There is no change to the June 1 deadline, so there is no need to change the June 21 deadline.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to have the court add identified Doe defendants to the caption of this case, dkt. 35, is DENIED.

2. Plaintiff's motion for an extension of time, dkt. 35, is GRANTED IN PART: plaintiff will have until May 7, 2010 to complete service of his discovery requests aimed at identifying the Doe defendants. However, defendants' June 21, 2010 deadline to answer the amended complaint will not be changed at this time.

Entered this 26th day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge