

September 24, 2010

Mr. Sergey V. Andreyev
Oshkosh Correctional Institution
1730 Snell Road
P.O. Box 3310
Oshkosh, WI 54903

**Invoice Number**
**CR 11471**

**Description of services**   Re: Andreyev v. Richards - 9/13/10 Sergey V. Andreyev
Deposition

| Reference | |
|---|---:|
| Copy | 495.00 |
| Exhibits | 18.25 |
| Delivery & Handling | 10.00 |

Invoice total:   523.25

PLEASE SUBMIT OUR INVOICE NUMBER WITH PAYMENT MADE PAYABLE TO:
COLLEEN REED REPORTING LLC. FEIN: 39-1786215

Payable upon receipt. 1.5% interest per month on past-due invoices.

Thank you.

P.O. Box 293
MILWAUKEE, WI 53201-0293
Toll Free 1-877-453-4777

(414) 967-0368 OFFICE • (414) 967-0557 FAX
www.colleenreed.com
colleen@colleenreed.com