IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SERGEY V. ANDREYEV,

    Plaintiff,

v.

DENNIS E. RICHARDS, BRIAN KJORLIE, ROBERT KIEFER, MATTHEW EARLL, CHRISTOPHER KUHL, KIMBERLY STILWELL, CURTIS DEBOER, ROBERT ZANON, HOLLEY DORNFIELD, JOSH BRANDSMA, MICHAEL SCHLIESMAN, DAVID WEGNER, SUSAN ROBERTS, ALEX AGNEW, SUSAN BARTON, JUDY WEISS (n/k/a Judy Beilke), and JACOB PARKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-651-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, granting defendant Dennis E. Richards's motion to dismiss, granting defendants Brian Kjorlie, Robert Kiefer, Matthew Earll, Christopher Kuhl, Kimberly Stilwell, Curtis DeBoer, Robert Zanon, Holley Dornfield, Josh Brandsma, Michael Schliesman, David Wegner, Susan Roberts, Alex Agnew, Susan Barton, Judy Weiss (n/k/a Judy Beilke) and Jacob Parker's motion for summary judgment on plaintiff Sergey V. Andreyev's Eighth Amendment deliberate indifference claim and dismissing this case.

_/s/ Peter Oppeneer_      _12/28/10_
Peter Oppeneer, Clerk of Court      Date